**Opinion filed January 22, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00344-CV
_____

## MOHAMMAD A. AWWAD AND JAK RETAIL, LLC, Appellants

## V.

## WEST RANDOL MILL & FIELDER, LTD., Appellee

**On Appeal from the County Court at Law No. 3**
**Tarrant County, Texas**
**Trial Court Cause No. 2025-000296-3**

### M E M O R A N D U M   O P I N I O N

This appeal was transferred to this court from the Second Court of Appeals pursuant to a docket equalization order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2025). Appellants have filed an unopposed motion to dismiss this appeal. In their motion, Appellants state that "[t]he parties have entered an Agreed Order on Motion for New Trial" and "move[] this Court to withdraw [their] notice of appeal." A file-marked copy of the trial court's order granting Appellants' motion for new trial is attached to the motion.

Pursuant to their request, we grant Appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. BRUCE WILLIAMS
JUSTICE

January 22, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.